UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN SCHMIDT,<br><br>               Plaintiff,<br><br>-against-<br><br>LEANE KELLY, et al.,<br><br>               Defendants. | Case No. 2:12-cv-03265-BMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Alan Schmidt, hereby gives notice that all claims asserted in the Amended Verified Class Action and Shareholder Derivative Complaint (the "Amended Complaint") against Griffin Securities are voluntarily dismissed without prejudice and without costs.

DATED:    March 15, 2013

SHELLER, P.C.

By: _____
Stephen A. Sheller
Brian J. McCormick, Jr.
1528 Walnut Street, Floor 4
Philadelphia, PA 19102
Tel. (215) 790-7300
Fax (215) 546-0942
sasheller@sheller.com
bjmccormick@sheller.com

SQUITIERI & FEARON, LLP
Lee Squitieri
Garry T. Stevens, Jr.
32 East 57th Street
New York, New York 10022
Tel. (212) 421-6492
Fax (212) 421-6553
lee@sfclasslaw.com
garrytstevens@gmail.com

*Attorneys for Plaintiff*