IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN SCHMIDT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN A. SKOLAS, et al., | : | No. 12-3265 |
| Defendants. | : | |

**ORDER**

AND NOW, this **24th** day of **September, 2013**, upon consideration of Plaintiff's Motion for Reconsideration and Defendants' Opposition thereto, it is hereby **ORDERED** that Plaintiff's motion (Document No. 122) is **DENIED.**

BY THE COURT:

_/s/ Berle M. Schiller_

**Berle M. Schiller, J.**