# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALAN W. SCHMIDT

                                      C.A. #12-3265
                                      District Court Docket Number

      vs.

JOHN A. SKOLAS, ET AL

Notice of Appeal Filed 10/17/13
Court Reporter(s)/ESR Operator(s)      ESR

Filing Fee:
       Notice of Appeal __XPaid _____ Not Paid _____ Seaman
       Docket Fee        __XPaid _____ Not Paid _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending

Defendant's Address (for criminal appeals)

Prepared by: s/Kim Williams_____

Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm