# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN SCHMIDT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN A. SKOLAS, et al., | : | No. 12-3265 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **9th** day of **May**, **2018**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto, and Defendant's Reply thereon, and for the reasons stated in the Court's Memorandum dated May 9, 2018, it is hereby **ORDERED** that:

1. The motion (Document No. 220) is **GRANTED** as to the breach of fiduciary duty claims related to the sales of the Aminosterol Assets and Pexiganan.

2. The motion (Document No. 220) is **DENIED** as to the breach of fiduciary duty claim related to the Trustee's fees.

3. The parties shall submit a joint proposed discovery plan regarding the outstanding breach of fiduciary claim related to the Trustee's fees by **May 23, 2018.**

                                          **BY THE COURT:**

                                          */s/ Berle M. Schiller*

                                          **Berle M. Schiller, J.**